IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-10455
Summary Calendar
_____

RONNIE L. MACK, also known as
Robert C. Miller,

                                        Plaintiff-Appellant,

versus

DALLAS COUNTY SHERIFF'S
DEPARTMENT; CAPTAIN JONES;
T. HENRY, Lieutenant;
LUKASHEAY, Sergeant,

                                        Defendants-Appellees.
_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas
USDC No. 3:99-CV-1645-J
_____
December 6, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Ronnie L. Mack, Texas prisoner # 342546, appeals the district

court's dismissal as frivolous pursuant to 28 U.S.C.

§§ 1915A and 1915(e)(2) of his civil rights complaint, 42 U.S.C.

§ 1983.  We have reviewed the record, Mack's brief, and the

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

applicable law, and we find no reversible error.  Accordingly, the district court's judgment is affirmed.

Because Mack failed to show that his position as a litigant was prejudiced, his claim that he was denied access to the courts because of prison mailroom officials' failure to deliver his mail to his attorney is meritless.  See Walker v. Navarro County Jail, 4 F.3d 410, 413 (5th Cir. 1993).  Additionally, Mack has no constitutional right to act as a prison writ-writer.  See Tighe v. Wall, 100 F.3d 41, 43 (5th Cir. 1996).  His claim that prison mailroom officials interfered with his mailings to other prisoners also fails on this basis.

The district court's dismissal of Mack's complaint as frivolous counts as a strike against Mack.  See Adepegba v. Hammons, 103 F.3d 383, 387 (5th Cir. 1996).  Should Mack accumulate three strikes, he may not proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is in imminent danger of serious physical injury.  See 28 U.S.C. § 1915(g).  Mack is cautioned to review any pending appeals to ensure that they do not raise frivolous issues.

JUDGMENT AFFIRMED; SANCTIONS WARNING ISSUED.

2